# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>    Plaintiff,<br>v.<br><br>**ENPHASE ENERGY, INC.,**<br><br>    Defendant. | C.A. No. 1:21-cv-00428-CFC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Swirlate IP LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Swirlate IP LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1) with each party to bear its own costs, expenses, and attorneys' fees.

June 23, 2021

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM, P.A.

 */s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Swirlate IP LLC*

**SO ORDERED**, this _____ day of June, 2021.

_____
United States District Court Judge

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                        */s/ Jimmy Chong*
                                        Jimmy Chong